AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

**LODGED**
CLERK, U.S. DISTRICT COURT
02/26/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: DVE  DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT
02/26/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: ARO  DEPUTY

United States of America

v.

EVAN BALTIERRA,

Defendant(s)

Case No. 8:26-mj-00132-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of July 31, 2025 in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2261A(2)(A), (B) | Stalking |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Nicholas S. Vicencia
Complainant's signature

Nicholas S. Vicencia, Special Agent, (FBI)
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: February 26, 2026

Judge's signature

City and state: Santa Ana, California

Hon. John D. Early, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Nicholas S. Vicencia, being duly sworn, declare and state as follows:

### I.   INTRODUCTION

1.   I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516.  I have been an employed with the Federal Bureau of Investigation ("FBI") since 2004 and have been a Special Agent ("SA") since July 2006.  I am currently assigned to the Orange County Resident Agency ("OCRA") of the Los Angeles Field Office.

2.   I am responsible for investigating violent crimes, including interstate threats, as well as murder for hire, extortion, fugitives, and kidnappings within the Orange County territory.  Since entering on duty, I have conducted numerous investigations into criminal and terrorism-related investigations.  As a result of my experience, I am familiar with strategy, tactics, methods, tradecraft and techniques of criminals.  I have also worked with other agencies involved in criminal investigations, traveled to other countries in connection with criminal and terrorism matters, and interviewed individuals associated with violent crime.  I have received both formal and informal training from the FBI and other institutions regarding criminal investigations and have worked with FBI personnel assigned to foreign countries.

3. During the course of my employment with the FBI, I have employed, or been involved in investigations that employed, various investigative techniques, including search warrants, court-authorized interception of wire, oral, and electronic communications, pen registers/trap and trace, telephone toll analysis, physical surveillance, confidential sources, cooperating witnesses, grand jury proceedings, and fugitive apprehension tools. Through my training, experience, and interaction with other law enforcement officers, I am familiar with the methods employed by those who seek retribution against federal investigators.

## II. PURPOSE OF AFFIDAVIT

4. This affidavit is made in support of an application for a criminal complaint against, and an arrest warrant for, Evan BALTIERRA for a violation of Title 18, United States Code, Section 2261A(2)(A), (B) (Stalking).

5. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### III. SUMMARY OF PROBABLE CAUSE

6. Since approximately July 2020, victim N.S. and her friends, boyfriend, and boyfriend's family have been the target of a harassment campaign orchestrated by BALTIERRA.

7. In May 2022, BALTIERRA was charged in this district with stalking N.S. in violation of Title 18, United States Code, Sections 2261(A)(2)(A), (A)(2)(B), and 2261A(b)(5). See United States v. Evan Baltierra, SA CR 22-83-FMO. BALTIERRA pled guilty to the charges in July 2022.

8. In September 2022, while awaiting sentencing, BALTIERRA was arrested for violating the terms of his pretrial release and remanded into custody.

9. In July 2023, BALTIERRA was sentenced to 24 months of imprisonment, to be followed by a three-year period of supervised release.

10. BALTIERRA has completed his custodial sentence. While on supervised release, he has continued to harass and stalk N.S.

### IV. STATEMENT OF PROBABLE CAUSE

**A. Information Provided by N.S.**

11. Based on my discussions with N.S., other FBI Agents, my review of multiple e-mails from N.S. detailing the harassment, and my review of relevant reports, affidavits and other documents, I know the following:

   a. N.S. was a prominent female gamer and online "streamer" in the World of Warcraft ("WoW") online community. Her online handle was "Nalipls," which she used on multiple platforms of social media.

      b.   WoW is a video game that was released by Blizzard Entertainment in 2004 and attracts millions of online players. N.S. made money by playing video games online and live streaming this content. N.S. became so prominent in the WoW community that playing video games became her sole source of income.

      c.   In approximately November 2019, N.S. travelled from Calgary, Alberta, Canada to Anaheim, California, to attend "Blizzcon." "Blizzcon" is a large convention put on annually by Blizzard Entertainment, which is headquartered in Irvine, California. In 2019, approximately 40,000 people attended the event.

      d.   During the event, N.S. hosted a "meet and great" as part of a "WoWHead" party held at the Anaheim Convention Center Hilton. One of N.S.'s online streamers and chat room moderators, Evan BALTIERRA, attended this event to meet her in person for the first time. At the time of the event, N.S. only knew BALTIERRA as "Evanb49" or "Propáin" based on his online gaming handles or social media profile names.[1]

      e.   After meeting BALTIERRA in person, N.S. noticed that he began donating large sums of money to her stream and would continue to post messages in her group chat until she recognized his presence. In approximately February 2020, BALTIERRA asked N.S. through social media if she would be his "valentine." N.S. politely declined and said she had a

---

[1] During my investigation, I located a current Instagram account with the vanity name of "evanb49." The account contains a profile photograph that, based on BALTIERRA's California DMV photograph, appears to be of BALTIERRA.

boyfriend. BALTIERRA continued to make comments in online group chats about going to see N.S. in Calgary.

      f. On or about June 29, 2020, N.S. received a message from an online friend who told her that BALTIERRA was trying to find out where N.S. lived because he wanted to go visit her. N.S. told BALTIERRA via Discord chat messages that she had a boyfriend, she was uncomfortable with him, and she did not want to meet up with anyone outside of a convention.[2]

      g. In approximately July 2020, N.S. removed BALTIERRA as a chat moderator, banned him from her live video stream, and blocked him from contacting her. As soon as this occurred, N.S. began receiving targeted harassment across a variety of online platforms in the form of messages, including veiled threats, photoshopped pornographic images with her face on them, attempts to obtain her address, and unsolicited mail packages.

      h. From approximately July 2020 until present day, N.S. continues to be harassed by a myriad of different means (most online) by BALTIERRA. According to N.S., the harassment only started once she banned and blocked BALTIERRA from her online gaming community after he made her uncomfortable.

      **B. Information from N.S. and Reddit, Inc.**

12. In December 2025, I received information from N.S. that her name and photograph were being posted on the website

---

[2] Discord is a Voice over Internet Protocol, instant messaging and digital distribution platform. Discord users communicate with voice calls, video calls, text messaging, media and files in private chats or as part of communities called "servers."

www.Reddit.com[3] without her knowledge and/or permission. I have reviewed images of the post, and based on my review, I know the following:

    a. On or about July 31, 2025, a "screenshot" was captured of a post on reddit.com under a screenname of N.S.'s first and last name. The post was titled: "*#Canada #online dirty talk and meet up*". The post continued: "*Hi there I'm *****! I'm just a simple Canadian girl that loves dogs, cats and all sorts of different animals. I also love gaming and meeting new people. Like the title says I'm down for some dirty talk online and maybe we can take it even further (smiley face image with wink) let me know what you are into and let's have some fun! I love sharing some dirty secrets of mine and want to know yours (smiley face image with hearts) Some of my favorite games are WoW and ff14 but I love to branch out and play all sorts of different games! Maybe we can play together or just sit in voice chat or on a call and you know, turn up the heat a little bit hehe. You can find a picture of me in my profile. What are you…*"

    b. I also reviewed "screenshot" images provided from N.S., which appear to be from unknown individuals contacting N.S. on her cellular telephone advising that they received her contact information from www.Reddit.com.

    c. In response to legal process, Reddit, Inc. provided subscriber and IP login information for the account

---

[3] www.Reddit.com is a website used for community discussion, sharing interests and finding information across thousands of topics.

described above.  After my review of the records, I learned that the account in N.S.'s name was opened on October 7, 2024.

   d. I have also reviewed IP addresses provided by Reddit, Inc. that were used to log into the account.  On or about September 9, 2025, IP address: 107.217.168.20 was used to log into the account.  Using law enforcement and open-source databases, I learned that AT&T was the service provider for that specific IP address.

   e. In response to legal process, AT&T provided subscriber and billing information for IP address: 107.217.168.20.  After reviewing the records, I learned that the IP address was an AT&T U-verse home Internet account that was opened on or about May 10, 2024.  I also learned that the subscriber of the account was: Enrique Baltierra at an address of 20762 Shadow Rock Lane, Trabuco Canyon, CA 92679-3349.

   f. Based on my training and experience and knowledge of this investigation, I know that Enrique Baltierra is BALTIERRA's father.  I also know that 20762 Shadow Rock Lane, is the address where BALTIERRA has been living since he was released from custody in March 2024.  Based on these facts, I believe BALTIERRA was using a device at his home to create, access and make posts about N.S. on the above-mentioned www.Reddit.com account.

  **C.** **N.S.'s Information Found During Probation Search of BALTIERRA**

13. During this investigation, I have spoken with United States Probation Officer David Walter on several occasions.

Officer Walter is BALTIERRA's Probation Officer while BALTIERRA is on Supervised Release. Based on my conversations and review of documents, I know the following:

    a. On or around October 29, 2025, United States Probation Officers conducted a search of BALTIERRA's residence located at 20762 Shadow Rock Lane, Trabuco Canyon, CA 92679-3349. During the search, officers located a handwritten note in BALTIERRA's residence. With court permission, Officer Walter provided photos of the note. After reviewing the note, I confirmed that the note contained N.S.'s personal information to include birth date, telephone numbers, home address, email address, and other information. I also confirmed that the note contained N.S.'s husband's personal information as well.

    b. Based on my training and experience and knowledge of this investigation, I believe that BALTIERRA used N.S.'s personal information to create fake online accounts and posts in N.S.'s name to continue to stalk and harass N.S.

    D.    **Victim Impact**

    14. I have spoken with N.S. on multiple occasions and other Agents involved in the investigation regarding the events discussed above. During those conversations, N.S. told me that she felt unsafe because of BALTIERRA's actions. N.S. stated that she was feeling a great deal of anxiety about the extent of BALTIERRA's knowledge and continued exploitation of her personal life, especially his continued activity after being charged and on supervised release. N.S. is fearful of what further actions BALTIERRA might take against her or her family. Furthermore,

because of BALTIERRA's actions, N.S. has removed herself as much as possible from online activities, which was her primary source of income, and BALTIERRA's actions have therefore caused a financial, mental and emotional strain on her.

V. **TRAINING AND EXPERIENCE ON ONLINE HARASSMENT**

15. Based on my training and experience and my consultation with other agents, I know that online personalities and their families are at high risk of being targeted by disgruntled fans and other online personas. As a result, I know that online personalities do not generally make their private information publicly available and that they take targeted measures to keep that information private. For instance, online personalities typically use screen names and avoid using their real names or contact information in order to make themselves less susceptible to becoming targets of stalking or harassment schemes.

VI. **CONCLUSION**

16. For all the reasons described above, there is probable

//
//
//
//
//
//
//
//
//

cause to believe that BALTIERRA has committed a violation of Title 18, United States Code, Section 2261A(2)(A), (B) (Stalking).

/s/ Nicholas Vicencia
Nicholas Vicencia, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 26th day of February 2026.

HONORABLE JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE