FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 7 2026

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　PLAINTIFF,<br><br>　　v.<br><br>EVAN BALTIERRA,<br><br>　　　　　DEFENDANT(S) | **WARRANT FOR ARREST**<br><br>**ON COMPLAINT**<br><br>CASE NO.: 8:26-mj-00132-DUTY |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **EVAN BALTIERRA** and bring him forthwith to the nearest Magistrate Judge to answer a complaint charging him with stalking, in violation of Title 18, United States Code, Section 2261A(2)(A), (B).

REC: BY AUSA   Melissa S. Rabbani        [Detention]

| | |
|---|---|
| February 26, 2026<br>Date | Honorable John D. Early<br>Name of Magistrate Judge<br><br>_/s/ John D. Early_<br>Signature of Magistrate Judge |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at (location):
20762 Shadow Rock Ln, Trabuco Cyn, CA 92679

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>2/27/2026 | SA Nick Vicencia | [signature] |

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO